IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S. WHITE BURS, INC.<br>a New Jersey Corporation, and<br>TEMPLE UNIVERSITY-<br>OF THE COMMONWEALTH<br>SYSTEM OF HIGHER EDUCATION,<br>a non-profit corporation of the<br>Commonwealth of Pennsylvania,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>NEO-FLO, INC.<br>d/b/a MICROCOPY<br>a California corporation,<br><br>　　　　　　　　Defendant. | Civil Action No. 02-cv-3656<br><br>Hon. Bruce Kauffman, U.S.D.J. |

### PLAINTIFFS' UNCONTESTED MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS J. RING, BART T. MURPHY AND GARY R. GILLEN

Plaintiffs, S.S. White Burs, Inc. ("S.S. White") and Temple University – of the Commonwealth System of Higher Education ("Temple") by and through undersigned counsel, respectfully move for the *pro hac vice* admission of Thomas J. Ring, Bart T. Murphy, and Gary R. Gillen to represent plaintiffs in this action. In support thereof, plaintiffs submit the executed declarations of Mr. Ring, Mr. Murphy, and Mr. Gillen, filed concurrently herewith, which are incorporated herein by reference. In further support of this motion, plaintiffs aver as follows:

　　　1.　　Undersigned counsel is a member in good standing of the bar of this Court, and has entered an appearance on behalf of plaintiffs as local counsel. Undersigned counsel intends to continue to serve as local counsel for plaintiffs in this matter, and as such, shall send and receive papers as necessary, and shall be prepared to attend any matter before the Court as required.

Doc. No.: 802772

2.	Undersigned counsel has previously worked closely with Mr. Ring and Mr. Gillen in Chicago, and as such, can attest to their good character and reputation.  All three of these attorneys for whom this motion for admission *pro hac vice* is brought, as set forth in their respective declarations, are members in good standing of the bar of the state of Illinois, as well as other federal jurisdictions there they have been admitted.  None ever had disciplinary proceedings pending against them for any reason.

3.	Mr. Ring, Mr. Murphy, and Mr. Gillen are partners at the law firm of Wildman, Harrold, Allen & Dixon, 225 West Wacker Drive, Chicago, Illinois 60606-1229, Telephone: (312) 201-2000, Facsimile:  (312) 201-2555.  All three have been representing the plaintiffs with respect to this patent infringement action.

4.	Undersigned counsel hereby certifies, pursuant to Local Rule of Civil Procedure 7.1(b), that this motion is uncontested.

WHEREFORE, on behalf of the plaintiffs, S.S. White and Temple University, undersigned counsel respectfully requests this Court to admit *pro hac vice* of Thomas J. Ring, Esquire, Bart T. Murphy, Esquire, and Gary R. Gillen, Esquire to this Court to represent the plaintiffs in this action.

Respectfully submitted on this _____ day of September, 2002.

        COZEN O'CONNOR, P.C.

        By:_____
           Camille M. Miller
           1900 Market Street
           Philadelphia, PA 19103
           Telephone:  (215) 665-2000
           Facsimile:  (215) 665-2013

           Attorneys for Plaintiffs
           S.S. White Burs, Inc. and
           Temple University - Of The
           Commonwealth System Of Higher
           Education