IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.S. WHITE BURS, INC.<br>a New Jersey Corporation, and<br>TEMPLE UNIVERSITY-<br>OF THE COMMONWEALTH<br>SYSTEM OF HIGHER EDUCATION,<br>a non-profit corporation of the<br>Commonwealth of Pennsylvania,<br><br>           Plaintiffs,<br>v.<br><br>NEO-FLO, INC.<br>d/b/a MICROCOPY<br>a California corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 02-cv-3656<br><br>Hon. Bruce Kauffman, U.S.D.J. |

**PLAINTIFFS' AMENDMENT TO MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS J. RING, BART T. MURPHY AND GARY R. GILLEN**

Plaintiffs, S.S. White Burs, Inc. ("S.S. White") and Temple University – of the Commonwealth System of Higher Education ("Temple") by and through undersigned counsel, have moved this court for the *pro hac vice* admission of Thomas J. Ring, Bart T. Murphy, and Gary R. Gillen to represent plaintiffs in this action. Plaintiffs wish to amend said motion so that the Court no longer considers said motion uncontested as defendant has recently expressed a desire to object to the admission of these attorneys as counsel for plaintiffs. As such, plaintiffs herein amend said motion to change it from "uncontested" status.

By way of background, plaintiffs' motion was filed on or about September 4, 2002 after speaking with Ronald Schiller, Esquire, counsel of record for defendant and serving as local counsel for defendant. At that time, Mr. Schiller did not believe Plaintiff's motion would be contested. However, lead counsel for plaintiff, Ms. Lea Hall Speed, Esquire, for whom a motion

Doc. No.: 802772

for admission *pro hac vice* has been filed by Mr. Schiller's office indicated today that defendant wished to oppose plaintiffs' motion on the basis that the Mr. Ring, Mr. Murphy and Mr. Gillen are members of the law firm of Wildman Harrold in Chicago, which is the law firm that prosecuted the underlying patent giving rise to this action.

WHEREFORE, plaintiffs withdraw their Rule 7.1(b) certification, and amend the motion for the admission *pro hac vice* of Mr. Ring, Mr. Murphy, and Mr. Gillen, so that it shall no longer be considered to be uncontested under Local Rule of Civil Procedure 7.1(b).

Respectfully submitted on this 6th day of September, 2002.

                                    COZEN O'CONNOR, P.C.

                                  By:_____
                                      Brian J. Urban
                                      1900 Market Street
                                      Philadelphia, PA 19103
                                      Telephone: (215) 665-2000
                                      Facsimile: (215) 665-2013

                                        Attorneys for Plaintiffs
                                        S.S. White Burs, Inc. and
                                        Temple University - Of The
                                        Commonwealth System Of Higher
                                        Education