IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S. WHITE BURS, INC.<br>a New Jersey Corporation, and<br>TEMPLE UNIVERSITY-<br>OF THE COMMONWEALTH<br>SYSTEM OF HIGHER EDUCATION,<br>a non-profit corporation of the<br>Commonwealth of Pennsylvania,<br><br>              Plaintiffs,<br>v.<br><br>NEO-FLO, INC.<br>d/b/a MICROCOPY<br>a California corporation,<br><br>              Defendant. | Civil Action No. 02-cv-3656<br><br>Hon. Bruce Kauffman, U.S.D.J. |

## **DECLARATION OF THOMAS J. RING**

I, Thomas J. Ring, hereby certify and affirm the following in support of my admission *pro hac vice* to the District Court for the Eastern District of Pennsylvania:

1.  I am a licensed attorney, admitted to practice in the state of Illinois since 1978. I am a member of good standing of the bars of the state of Illinois, the U.S. District Court for the Northern District of Illinois, including Trial Bar, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Court of Appeals for the Seventh Circuit. I am also registered to practice before the U.S. Patent and Trademark Office as a patent attorney.

2.  I have never been held in contempt of court, nor have been censured, suspended or disbarred by any court. There are no disciplinary proceedings currently against me.

3.  I am a partner of the law firm of Wildman, Harrold, Allen & Dixon, located at 225 West Wacker Avenue, Chicago, Illinois 60606.

Doc. No.: 802772

4.	I am the lead trial counsel representing the plaintiffs, S.S. White Burs, Inc. and Temple University - Of The Commonwealth System of Higher Education, in the above-captioned patent infringement suit, as of counsel.  I seek admission to this Court *pro hac vice* to continue to represent said plaintiffs in this action.

5.	I verify that the foregoing statements are true and correct to the best of my knowledge, information and belief.  The foregoing statements are made under the penalties of perjury, pursuant to 28 U.S.C. § 1746 relating to unsworn declarations.

This declaration was executed in Chicago, Illinois on August _____, 2002.


_____
THOMAS J. RING, ESQUIRE