IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S. WHITE BURS, INC.<br>a New Jersey Corporation, and<br>TEMPLE UNIVERSITY-<br>OF THE COMMONWEALTH<br>SYSTEM OF HIGHER EDUCATION,<br>a non-profit corporation of the<br>Commonwealth of Pennsylvania,<br><br>       Plaintiffs,<br>v.<br><br>NEO-FLO, INC.<br>d/b/a MICROCOPY<br>a California corporation,<br><br>       Defendant. | Civil Action No. 02-cv-3656<br><br>Hon. Bruce Kauffman, U.S.D.J. |

## THE PARTIES' RULE 16 MEMORANDUM

The parties, having met and conferred pursuant to the Order dated September 17, 2002 and in accordance with Rules 16 and 26 of the Federal Rules of Civil Procedure for the purpose of proposing a discovery plan, respectfully submit this Rule 16 Memorandum.

The parties propose below the following schedule for remaining proceedings:

(a)  To exchange initial disclosures pursuant to Rule 26: *On or before October 24, 2002*

(b)  To join other parties and to amend the pleadings: *On or before November 15, 2002*

(c)  To file non-dispositive motions: *On or before May 30, 2003*

(c)  To complete discovery: *On or before May 2, 2003*

(d)  To file pretrial memoranda pursuant to FRCP 26(a)(3) and LR 16.1(c): *On or before November 28, 2003*

(e)  To exchange exhibits: *On or before November 7, 2003*

Doc. No.: 802772

(f) To exchange expert reports: *On or before June 27, 2003 (with rebuttal reports due before July 25, 2003)*

(g) To file dispositive motions: *On or before October 3, 2003*


The parties provide below statements as to:

(a) The prospects of amicable settlement: *None at this time.*

(b) Whether all parties agree to referral of case to Honorable Jacob P. Hart, U.S.M.J. for trial: *The parties do not consent to the referral to this case to Magistrate Judge Hart for trial.*

(c) The estimated length of trial: *Approximately one week.*

(d) The basis for the Court's jurisdiction: *Subject matter jurisdiction is proper pursuant to 35 U. S. C. §§ 271 et seq., relating to patents, because this matter involves a federal question. Further, defendant admits that this Court has subject matter jurisdiction over the claims. Personal jurisdiction over defendant is proper pursuant to 28 U. S. C. §§ 1391 and 1400 because defendants transact business in the Commonwealth of Pennsylvania and in this judicial district. Further, defendant admits that this Court has personal jurisdiction over it.*

(e) Any other matter may facilitate the just, speedy and inexpensive disposition of this case: *None at this time.*

(f) The parties anticipate the need to have a Confidentiality Order entered by this Court and are in the process of preparing it.

<u>Certification of counsel:</u>

This is to certify that all counsel have conferred upon each of the above-matters and approve the contents of the Rule 16 Memorandum.

                         COZEN O'CONNOR, P.C.
                         Attorneys for Plaintiff

By: _____
    Camille M. Miller
    Brian J. Urban
    1900 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 665-2000
    Attorneys S.S. White Burs, Inc. and
    Temple University - Of The
    Commonwealth System Of Higher
    Education

And

PIPER RUDNICK LLP
Attorneys for Defendant

By : _____
    Ronald P. Schiller
    Daniel J. Layden
    3400 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA 19103
    Telephone: (215) 656-3000

BAKER DONELSON BEARMAN
& CALDWELL, P.C.
  Robert B. Kennedy
  Lea Hall Speed
  165 Madison Avenue, Suite 2000
  Memphis, TN 38103
  Telephone: (901) 526-2000

Attorneys for Neo-Flo, Inc. d/b/a Microcopy

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was served upon the below-identified individual(s) via U.S. First Class Mail on the below date.

| | |
|---|---|
| Ronald P. Schiller, Esquire | Robert B. Kennedy, Esquire |
| Daniel J. Layden, Esquire | Lea Hall Speed, Esquire |
| Piper Rudnick, LLP | Baker Donelson Bearman & Caldwell, PC |
| 3400 Two Logan Square18th & Arch Streets | 165 Madison Avenue, Suite 2000 |
| Philadelphia, Pennsylvania 19103-2762 | Memphis, Tennessee 38103 |

_____