IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **S.S. WHITE BURS, INC. and** | : | **CIVIL ACTION** |
| **TEMPLE UNIVERSITY – OF THE** | : | |
| **COMMONWEALTH SYSTEM OF** | : | **NO.  02-CV-3656** |
| **HIGHER EDUCATION** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEO-FLO, INC. d/b/a MICROCOPY** | : | |

## SCHEDULING ORDER

**AND NOW**, this _____ day of October, 2002, pursuant to Federal Rule of Civil

Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. The parties shall exchange initial disclosures, by October 24, 2002;

2. The parties shall join other parties and amend pleadings by November 15, 2002;

3. Discovery shall be completed by May 2, 2003;

4. All non-dispositive motions shall be filed by May 30, 2003;

5. Dispositive motions shall be filed by October 3, 2003;

6. Exhibits shall be exchanged by November 7, 2003;

7. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil

   Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), proposed voir dire

   questions, jury instructions, special interrogatories, verdict forms, and any

   motions in limine (with a copy of each also delivered to Chambers) by November

   28, 2003;[1]

---

[1]     The Court expects counsel to work together in an effort to submit, to the fullest
extent possible, an agreed upon version of  final jury instructions, verdict forms or special
interrogatories to the jury, and a statement of the case for use in the Court's preliminary

7.    A final pretrial conference is scheduled for Friday, December 12, 2003, at 10:00

a.m.; and

8.    This case will be placed in the Court's trial pool on Friday, December 19, 2003.

Once placed in the trial pool, a case may be called to trial upon 24 hours notice to

counsel.

**BY THE COURT:**

 

_____

**BRUCE W. KAUFFMAN,  J.**

---

instructions to the jury.  The statement of the case for use in the preliminary jury instructions
should summarize succinctly each party's position and should state the essential elements of
claims and defenses that must be proven by each party.  Where agreement is not reached,
requests for jury instructions must be accompanied by citation of legal authority.   If a model jury
instruction is used (e.g, Devitt & Blackmar), any modifications should be indicated by
underlining and boldfacing additions and striking out deletions.  Amendments or supplements to
the final jury instructions and verdict forms or special interrogatories to the jury may be
submitted at the close of the evidence.