IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.S. WHITE BURS, INC. <br> a New Jersey Corporation, and <br> TEMPLE UNIVERSITY- <br> OF THE COMMONWEALTH <br> SYSTEM OF HIGHER EDUCATION, <br> a non-profit corporation of the <br> Commonwealth of Pennsylvania, <br><br>                  Plaintiffs, <br> v. <br><br> NEO-FLO, INC. <br> d/b/a MICROCOPY <br> a California corporation, <br><br>                  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 02-cv-3656 <br><br> Hon. Bruce Kauffman, U.S.D.J. |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of Plaintiff's motion for enlargement of time was served upon counsel for defendant via U.S. First Class Mail.

| | |
|---|---|
| Daniel J. Layden, Esquire <br> Piper Rudnick <br> 3400 Two Logan Square <br> 18th & Arch Streets <br> Philadelphia, Pennsylvania 19103-2762 | Lea Hall Speed, Esquire <br> Baker Donelson Bearman Caldwell <br> 165 Madison Avenue <br> Suite 2000 <br> Memphis, Tennessee 38103 |

On: December 31, 2002                   By:_____

Doc. No.: 802772