## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S. WHITE BURS, INC.<br>a New Jersey Corporation, and<br>TEMPLE UNIVERSITY-<br>OF THE COMMONWEALTH<br>SYSTEM OF HIGHER EDUCATION,<br>a non-profit corporation of the<br>Commonwealth of Pennsylvania,<br><br>                Plaintiffs,<br>v.<br><br>NEO-FLO, INC.<br>d/b/a MICROCOPY<br>a California corporation,<br><br>                Defendant. | Civil Action No. 02-cv-3656<br><br>Hon. Bruce Kauffman, U.S.D.J. |

## ORDER

AND NOW, this _____ day of _____, 200_____, upon consideration of the uncontested motion filed on behalf of Plaintiffs, S.S. White Burs, Inc. and Temple University – of the Commonwealth System of Higher Education, for an enlargement of time to respond to the motion for summary judgment and discovery of Defendant, Neo-Flo, Inc. d/b/a Microcopy and upon consideration of the consent of Defendant to the requested extension of time, good cause having been shown, it is hereby ORDERED and DECREED that Plaintiff's motion for an enlargement of time is GRANTED.  Accordingly, it is ORDERED that Plaintiffs shall have until Monday, January 20, 2003 to file a response to Defendant's motion for summary judgment and to serve responses to Defendant's written discovery directed to Plaintiffs.

BY THE COURT:

_____
Honorable Bruce W. Kauffman, U.S.D.J.

Doc. No.: 802772