IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.S. WHITE BURS, INC. and | : | CIVIL ACTION |
| TEMPLE UNIVERSITY – OF THE | : | |
| COMMONWEALTH SYSTEM OF | : | NO.  02-CV-3656 |
| HIGHER EDUCATION | : | |
| | : | |
| v. | : | |
| | : | |
| NEO-FLO, INC. d/b/a MICROCOPY | : | |

**AND NOW**, this_____ day of January, 2003, upon consideration of Plaintiffs' unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and Serve Responses to Defendant's Written Discovery (docket no. 21), **IT IS ORDERED** that the Motion is **GRANTED**.  Accordingly, Plaintiffs shall have until **January 21, 2003** to respond to Defendant's Motion for Summary Judgment and serve responses to Defendant's written discovery.

BY THE COURT:


_____
**BRUCE W. KAUFFMAN,  J.**