IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.S. WHITE BURS, INC. and | : | CIVIL ACTION |
| TEMPLE UNIVERSITY – OF THE | : | |
| COMMONWEALTH SYSTEM OF | : | NO. 02-CV-3656 |
| HIGHER EDUCATION | : | |
| | : | |
| v. | : | |
| | : | |
| NEO-FLO, INC. d/b/a MICROCOPY | : | |

### REFERRAL ORDER

  **AND NOW,** this _____ day of April, 2003, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for all pretrial management purposes, including the resolution of all non-dispositive motions.

                 **BY THE COURT:**

                 **BRUCE W. KAUFFMAN, J.**